```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20943
    JERMAINE J ANDERSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7780


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/08/2007 and was confirmed 01/07/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
BRIDGEVIEW AUTO SALES    SECURED VEHIC         .00            .00          .00
SPRINT                   UNSECURED       NOT FILED            .00          .00
CITY OF CHICAGO PARKING  UNSECURED         2070.00            .00          .00
METROPOLITAN AUTO        UNSECURED       NOT FILED            .00          .00
TURNER ACCEPTANCE        UNSECURED       NOT FILED            .00          .00
US CELLULAR              UNSECURED       NOT FILED            .00          .00
BRIDGEVIEW AUTO SALES    UNSECURED         4428.00            .00          .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT       14.00            .00        14.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,500.00                     2,345.63
TOM VAUGHN               TRUSTEE                                         203.17
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,562.80

PRIORITY                                        14.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,345.63
TRUSTEE COMPENSATION                           203.17
DEBTOR REFUND                                     .00
                     --------------        --------------
TOTALS               2,562.80                2,562.80




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20943 JERMAINE J ANDERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE